# EXHIBIT "A"

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,326,200
Registered Mar. 7, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### YACHTING

TIMES MIRROR MAGAZINES, INC. (NEW YORK CORPORATION)
TWO PARK AVENUE
NEW YORK, NY 10016

FOR: PUBLICATIONS, NAMELY, A MONTHLY MAGAZINE IN THE FIELD OF YACHTING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-25-1907; IN COMMERCE 7-25-1907.
OWNER OF U.S. REG. NO. 184,906.
SEC. 2(F).

SER. NO. 75-649,474, FILED 3-1-1999.

ANTHONY MERCALDI, EXAMINING ATTORNEY