# EXHIBIT "B"


