# EXHIBIT "C"

Case 6:21-cv-01788-PGB-EJK   Document 1-4   Filed 10/26/21   Page 2 of 3 PageID 21



### Northwest Yachting March 2020

Published on Feb 27, 2020

All the best of Boating in the Pacific Northwest in March, 2020 including an up-close-and-personal trial of the stunning Ocean Alexander 90R... See More

BOATS

Northwest Yachting


September 2020


August 2020


July 2020







June 2020


May 2020


April 2020



### FOLLOW ME





March 2020


February 2020


January 2020

## 2019 Issues

Click a cover to read the issue on Issuu


